# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR.S. 06-286 GEB
     )
JACINTO JOSE FLORES )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ( **X** ) Ad Prosequendum                            ( ) Ad Testificandum.

Name of Detainee:    JACINTO JOSE FLORES

Detained at (custodian):    HIGH DESERT STATE PRISON

Detainee is:  a.)  (X) charged in this district by:
                    (X) Indictment    ( ) Information    ( ) Complaint
                Charging Detainee With: Deported Alien Found in the United States
  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of proceedings
  or  b.)  (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

        Signature:  /s/ Michael M. Beckwith
        Printed Name & Phone No: MICHAEL M. BECKWITH/916-554-2797
        Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum                           ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

DATED: July 17, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Jacinto Flores, Jacinto Flores Guadarama | Male X | Female |
| Booking or CDC #: | F23907 | DOB: | |
| Facility Address: | 475750 Rice Canyon Road | Race: | |
| | Susanville,, CA 96130 | FBI #: | 964556VB8 |
| Facility Phone: | 530-251-5100 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                      (Signature)

Revised 11/19/97