DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JACINTO JOSE FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JACINTO JOSE FLORES,<br><br>              Defendant. | NO. CR.S-06-286-GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: November 17, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference set for October 13, 2006 be vacated and a further status conference be set for November 17, 2006 at 9:00 a.m. and that time be excluded for preparation of defense counsel.

This continuance is being requested because the defense needs additional time to research documentation and conduct investigation and provide it to the government.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and

the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through November 17, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4).

DATED: October 11, 2006               Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ RACHELLE BARBOUR
                                      RACHELLE BARBOUR
                                      Assistant Federal Defender
                                      Attorney for Defendant


DATED: October 11, 2006               McGREGOR SCOTT
                                      United States Attorney



                                      /s/ RACHELLE BARBOUR for
                                      MICHAEL BECKWITH
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** The previously set status conference is continued to November 17, 2006.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  October 16, 2006

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge