1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I St., Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S-06-286 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS INDICTMENT |
| v. | ) | AND PROPOSED ORDER |
| | ) | |
| JACINTO FLOREZ-GUADARRAMA | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Honorable Court for an order dismissing the indictment in Case No. S-06-268 GEB, filed on July 3, 2006.  The defendant was indicted on the charge of violating 8 U.S.C. § 1326 – Illegal Reentry By An Alien.

This motion is made because on November 2, 2006, the United States received information indicating that the defendant is a United States citizen by virtue of acquired citizenship, pursuant to 8 U.S.C. § 1431.

///

///

///

1

Should the Court grant this motion, the defendant will be returned to state custody to complete a pending state sentence.

DATE: November 6, 2005                McGREGOR W. SCOTT
                                      United States Attorney

                                By: /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

**O R D E R**

APPROVED AND SO ORDERED:

Dated:  November 9, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

2